**JUSTIN M. BAXTER,** Oregon State Bar ID Number #992178
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**MICHAEL FULLER,** Oregon State Bar ID Number 09357
OlsenDaines, PC
9415 SE Stark St., Suite 207
Portland, Oregon 97216
mfuller@olsendaines.com
Office: (503) 274-4252
Fax: (503) 362-1375
Cell: (503) 201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JANET PRELLER and her son AUSTIN PRELLER,<br><br>  Plaintiffs,<br><br>v.<br><br>OREGON EMPLOYEES FEDERAL CREDIT UNION, a domestic federal chartered credit union, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation and TRANS UNION LLC, a foreign limited liability company.,<br><br>  Defendants. | Case 3:12-cv-01179-AC<br><br>ORDER ON UNOPPOSED MOTION TO DISMISS DEFENDANT HERITAGE GROVE FEDERAL CREDIT UNION fka OREGON EMPLOYEES FEDERAL CREDIT UNION |

Page 1 –        ORDER ON UNOPPOSED MOTION TO DISMISS DEFENDANT HERITAGE GROVE FEDERAL CREDIT UNION fka OREGON EMPLOYEES FEDERAL CREDIT UNION

Plaintiffs having reported their claims against defendant Heritage Grove Federal Credit Union fka Oregon Employees Federal Credit Union settled, plaintiffs' motion to dismiss defendant Heritage Grove Federal Credit Union fka Oregon Employees Federal Credit Union with prejudice and without costs, is hereby GRANTED.

DATED this 29th day of October, 2013.

_____
The Honorable Judge John V. Acosta
United State Magistrate Judge

Order prepared and submitted by:

**JUSTIN M. BAXTER,** Oregon State Bar ID Number #992178
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172